1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  SARAH E. BALKISSOON (CABN 327066)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
5  Telephone: (415) 436-6474
   Facsimile: (415) 436-6748
6  sarah.balkissoon@usdoj.gov

7  Attorneys for Respondents-Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LESBIA JESENIA LEIVA FLORES, | Case No. 3:25-cv-09302-AMO |
| Petitioner-Plaintiff, | |
| v. | **STIPULATION REGARDING CASE SCHEDULE; [PROPOSED] ORDER** |
| SERGIO ALBARRAN, et al., | The Honorable Araceli Martínez-Olguín |
| Respondents-Defendants. | |

On October 29, 2025, Petitioner-Plaintiff Lesbia Jesenia Leiva Flores ("Petitioner") filed a habeas petition under 8 U.S.C. § 2241, Dkt. No. 1, (the "Petition") and a motion for a temporary restraining order ("TRO"), Dkt. No. 3. In the evening of October 29, 2025, the Court granted the Petitioner's motion for a TRO, and ordered the Respondents-Defendants (the "Respondents") to show cause why a preliminary injunction should not issue (the "OSC"). Dkt. No. 4. On November 19, 2025, the Court granted Petitioner's preliminary injunction, and ordered the parties to file a joint statement with a proposed case management schedule by December 3, 2025. Dkt. No. 14.

The parties have met and conferred regarding the case schedule. Subject to the Court's approval, the parties propose the below case schedule:

1. Respondents will file the return on the Petition by Friday, February 13, 2026.

2. Petitioner will file the traverse on the Petition by Friday, March 13, 2026.

IT IS SO STIPULATED.

Respectfully submitted,[1]

Dated: December 3, 2025

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Sarah E. Balkissoon*
SARAH E. BALKISSOON
Assistant United States Attorney

Attorneys for Respondents-Defendants

Dated: December 3, 2025

*/s/ Kate E. Lewis*
KATE E. LEWIS

Martha Josephine Ruch
Kate E. Lewis
Community Legal Services in East Palo Alto
Immigration Program
1861 Bay Road
East Palo Alto, CA 94303
Telephone: 650-422-2889
Fax: 866-668-5204
Email: mruch@clsepa.org
Email: klewis@clsepa.org

Attorneys for Petitioner-Plaintiff

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.



GRANTED
Judge Araceli Martinez-Olguin
December 4, 2025

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION RE CASE SCHEDULE
3:25-cv-09302-AMO                             2