United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESBIA JESENIA LEIVA FLORES,<br>Petitioner,<br>v.<br>SERGIO ALBARRAN, et al.,<br>Respondents. | Case No. 25-cv-09302-AMO<br><br>**JUDGMENT** |

On June 18, 2026, the Court granted Petitioner's petition for writ of habeas corpus. Dkt. No. 21. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Petitioner and against Respondents. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 18, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**